UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SANCHEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>GENERAL MOTORS FINANCIAL COMPANY, INC.,<br><br>        Defendant. | Case No. 21-cv-01241-DMR<br><br>**ORDER GRANTING STIPULATION AND ADMINISTRATIVELY CLOSING CASE**<br><br>Re: Dkt. No. 21 |

Pursuant to the stipulation of Plaintiff and Counter-Defendant Michelle Sanchez ("Sanchez") and Defendant and Counter-Claimant AmeriCredit Financial Services, Inc. d/b/a GM Financial (hereinafter, "GM Financial") (Docket No. 21), the court orders that Sanchez and GM Financial shall submit Sanchez's individual claims against GM Financial on an individual basis, and GM Financial's claims against Sanchez to binding non-judicial arbitration. The arbitrator shall have no authority to adjudicate or award relief to Sanchez in a representative or other capacity or to award relief to or that benefits individuals other than Sanchez. The arbitration shall be conducted through AAA.

For docket management purposes, the court administratively closes this matter. Prior to final resolution of the arbitration, either party may file a motion to reopen the case. Within two weeks after the conclusion of arbitration, the parties shall file a joint status report.

**IT IS SO ORDERED.**

Dated: December 28, 2021

_____
Donna M. Ryu
United States Magistrate Judge