1  SCOTT J. HYMAN (State Bar No. 148709)
   sjh@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  The Atrium
   19100 Von Karman Avenue, Suite 700
4  Irvine, California 92612
   Telephone: (949) 442-7110
5  Facsimile: (949) 442-7118

6  LASZLO LADI (State Bar No. 265564)
   ll@severson.com
7  SEVERSON & WERSON
   A Professional Corporation
8  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
9  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

Attorneys for Defendant and Counter-Claimant
AMERICREDIT FINANCIAL SERVICES, INC.
dba GM FINANCIAL (erroneously sued as
GENERAL MOTORS FINANCIAL
COMPANY, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MICHELLE SANCHEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>GENERAL MOTORS FINANCIAL COMPANY, INC.,<br><br>    Defendant. | Case No. 4:21-CV-01241-DMR<br>Hon. Donna M. Ryu<br><br>**DEFENDANT AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL'S NOTICE OF DISASSOCIATION OF LASZLO LADI AS COUNSEL** |
| AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL,<br><br>    Counter-claimant,<br><br>    vs.<br><br>MICHELLE SANCHEZ,<br><br>    Counter-defendant. | Trial Date:    none set. |

1 | **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Laszlo Ladi of Severson & Werson, P.C. hereby disassociates and withdraws as counsel of record for Defendant and Counter-Claimant AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL. Defendant and Counter-Claimant remains represented by Scott J. Hyman of Severson & Werson, P.C., as already designated in the Court's records.

DATED: January 6, 2022

SEVERSON & WERSON
A Professional Corporation

By: _____/s/ Laszlo Ladi_____
      LASZLO LADI

Attorneys for Defendant and Counter-Claimant AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL (erroneously sued as GENERAL MOTORS FINANCIAL COMPANY, INC.)

# PROOF OF SERVICE

**Michelle Sanchez v. General Motors Financial Company, Inc.**
**Case No. 4:21-cv-01241-DMR**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On January 6, 2022, I served true copies of the following document(s):

**DEFENDANT AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL'S NOTICE OF DISASSOCIATION OF LASZLO LADI AS COUNSEL**

on the interested parties in this action as follows:

| | |
|---|---|
| Joseph Brian Angelo, Esq. | Attorneys for Plaintiff |
| Gale, Angelo, Johnson, & Pruett, P.C. | MICHELLE SANCHEZ |
| 1430 Blue Oaks Boulevard, Suite 250 | |
| Roseville, CA 95747 | Tel: (916) 290-7778 |
| | Fax: (916) 721-2767 |
| | Email: jangelo@gajplaw.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 6, 2022, at San Francisco, California.

_____
Suzanne M. Querubin